UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Civil Action No. 19-03687 (BAH) |

**JOINT STATUS REPORT**

Pursuant to this Court's February 22, 2024 Minute Order, the parties hereby submit their joint status report for this Freedom of Information Act ("FOIA") action.

1. Generally, Plaintiff's Human Rights Defense Center's ("HRDC") FOIA request seeks records of lawsuits filed against Defendant U.S. Customs and Border Protection ("the agency"). As previously reported, the parties have conferred and have narrowed the scope of Plaintiff's FOIA request.

2. The parties have agreed to narrow the original request to records from 2012 to present, instead of the originally requested 2010.

3. The parties have further agreed to narrow the financial boundaries of the request to claims or suits that initially asked for $10,000 or more and resulted in payments of $10,000 or more.

4. The parties have further agreed to limit the search to FTCA and *Bivens* claims.

5. The parties continued to discuss and test further ways of narrowing the original request and the search, but have not been successful other than identified above.

6.      The Defendant has produced 361 pages, from a search of FTCA and *Bivens* claims out of one region.

7.      Defendant has been conducting a renewed search with the above parameters.

8.      There is not any single system of records that covers the information requested by HRDC, and a search of emails for the relevant time period has been initiated. Specifically, the Agency is searching for emails received from the Judgment Fund address. The Agency is hopeful that these can be narrowed to a subset of emails that were received by Agency Attorneys whose duties include litigation of cases that involve claims over $10,000. Once this search is completed, the Agency will be in a better position to ascertain if there are other potential repositories for responsive records.

9.      The electronic search of messages from the Judgment Fund email address to CBP personnel has been initiated. Messages received will be sorted and reviewed in the expectation that they will include records responsive to the FOIA request. The Agency hopes to find receipts or other tracking information that might shed light on which payments stemmed from claims or litigation, as opposed to refunds or other transactions outside the scope of the request. The Agency will provide further information as it becomes available.

10.     The request has been queued with the Agency's ediscovery personnel to search for emails from the Judgment Fund email address to CBP. Judgment Fund correspondence includes receipts or acknowledgements of payment requests, but it has not yet been determined if that happens in every claim case or the extent of other kinds of correspondence Judgment Fund sends the Agency. The Agency should soon have more information regarding the search and how many documents are involved.

11.     The Agency cannot predict the volume or responsiveness without surveying the

search results and the requested criteria are not correlated in an existing record set. Therefore, the Agency's IT personnel have created a shared platform to allow collaboration across divisions. The Agency's ediscovery group has completed an email search for potentially responsive documents. The Agency's review to determine which documents are responsive to the FOIA request is ongoing. As the Agency reviews the results, documents will be processed. In the meantime, training information on use of the shared platform has been distributed and will be available as additional users are identified and added. The Agency is continuing to work to determine, based on the search results, the total number of pages associated with the search. It is also working towards an initial batch of documents for production.

12. The parties therefore propose that a status report be filed within 60 days, on or before June 21, 2024, to inform the Court of the status.

April 22, 2024

Respectfully submitted,

/s/ Deborah M. Golden
Deborah M. Golden, D.C. Bar #470578
The Law Office of Deborah M. Golden
700 Pennsylvania Ave. SE, Second Floor
Washington, D.C. 20003
Telephone: (202) 630-0332
dgolden@debgoldenlaw.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ *Thomas w. Duffey*
THOMAS W. DUFFEY
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: (202) 252-2510
Thomas.duffey@usdoj.gov

*Counsel for Defendant*